UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYCHEL FONTIL,

                Plaintiff,

  -against-

JUDGE RONNIE ABRAMS,

                Defendant.

23-CV-4875 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 14, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 14, 2023
            New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge