UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYCHEL FONTIL,

                Plaintiff,

-against-

JUDGE RONNIE ABRAMS,

                Defendant.

23-CV-4875 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se*. On June 14, 2023, the Court dismissed the action as frivolous. On January 2, 2024, the Court ordered Plaintiff, within thirty days, to show cause by declaration why an order should not be entered barring Plaintiff from filing any further documents in this action, except documents that are directed to the United States Court of Appeals for the Second Circuit.

Plaintiff filed a declaration on January 10, 2024, but her arguments against imposing the bar order are insufficient. Accordingly, the bar order will issue.

## CONCLUSION

The Court hereby bars Plaintiff from filing any further documents in this action, except documents that are directed to the United States Court of Appeals for the Second Circuit. *See* 28 U.S.C. § 1651. Should Plaintiff file any motions or letters in this action, except documents directed to the Court of Appeals, the Court will not address the submissions.

The Clerk of Court is directed to terminate any motions in this case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose

of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:     January 29, 2024
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge